# EXHIBIT "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 996-688**

**Effective date of registration:**

June 9, 2008

## Title

**Title of Work:** INS-7003

**Nature of Work:** Jewelry Design

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** Barry Nisguretsky
  **Author Created:** Jewelry design

  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1966
  **Anonymous:** No       **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Barry Nisguretsky
c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Barry Nisguretsky
**Date:** June 12, 2008

