# EXHIBIT "C"







